UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY AYERS,<br><br>    Plaintiff,<br><br> v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | Case No.  22-cv-06070-VC<br><br>**ORDER OF DISMISSAL** |

  The parties have advised the Court that they have reached a settlement. *See* Dkt. No. 11. This case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

  The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

  **IT IS SO ORDERED.**

Dated: November 29, 2022

                        _____
                        VINCE CHHABRIA
                        United States District Judge